UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 06-867 (ESK) |
| v. | : | |
| KASIEM BROWN | : | **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Daniel A. Friedman, Assistant United States Attorney, is appearing for the United States in the above-captioned matter.

<u>*s/ Daniel A. Friedman*</u>
By: DANIEL A. FRIEDMAN
Assistant U.S. Attorney

Dated: July 24, 2025